Certificate Number: 17082-PAE-DE-034580070

Bankruptcy Case Number: 15-13594



17082-PAE-DE-034580070

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 19, 2020, at 1:24 o'clock PM MST, DONALD L DREISBACH Jr completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 19, 2020          By:    /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:  Executive Director