B283 (Form 283) (04/13)

# UNITED STATES BANKRUPTCY COURT

_Eastern_ District Of _PA_

In re _Donald Leroy Dimsbrick_ (Debtor)    Case No. _15-13594_

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☒ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address: _____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☒ I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

☐ I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

---

*Amounts are subject to adjustment on 4/01/16, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on  06/26/2020
             —————————
             Date

_____
                    Debtor

# RightSignature
## SIGNATURE CERTIFICATE



**REFERENCE NUMBER**
27ABB238-539F-46BD-BDEB-B5306688F11A

---

## TRANSACTION DETAILS

**Reference Number**
27ABB238-539F-46BD-BDEB-B5306688F11A
**Transaction Type**
Signature Request
**Sent At**
06/25/2020 11:30 EDT
**Executed At**
06/26/2020 16:44 EDT
**Identity Method**
email
**Distribution Method**
email
**Signed Checksum**
4f266e92f6e41fa52d736613312edefcf8a75d1494a37dd072dc092816c7fd2c
**Signer Sequencing**
Disabled
**Document Passcode**
Disabled

## DOCUMENT DETAILS

**Document Name**
Dso Form - Donald
**Filename**
dso_form_-_donald.pdf
**Pages**
2 pages
**Content Type**
application/pdf
**File Size**
61.9 KB
**Original Checksum**
9facfafac011e6bfc3395a87c3725caaa778206519a9639beb2373982e15ef33

## SIGNERS

| SIGNER | E-SIGNATURE | EVENTS |
|---|---|---|
| **Name**<br>Donald Dreisbach<br>**Email**<br>ddreisbach63@gmail.com<br>**Components**<br>2 | **Status**<br>signed<br>**Multi-factor Digital Fingerprint Checksum**<br>a856606cf7dcb8a17f06f1bae56e8ed1353bdf16d16272294367b2cd493d1409<br>**IP Address**<br>172.58.204.103<br>**Device**<br>Samsung Browser via Android<br>**Drawn Signature**<br><br>**Signature Reference ID**<br>E4B1AB3B<br>**Signature Biometric Count**<br>146 | **Viewed At**<br>06/26/2020 16:43 EDT<br>**Identity Authenticated At**<br>06/26/2020 16:44 EDT<br>**Signed At**<br>06/26/2020 16:44 EDT |

## AUDITS

| TIMESTAMP | AUDIT |
|---|---|
| 06/26/2020 16:44 EDT | Donald Dreisbach (ddreisbach63@gmail.com) signed the document on Samsung Browser via Android from 172.58.204.103. |
| 06/26/2020 16:44 EDT | Donald Dreisbach (ddreisbach63@gmail.com) authenticated via email on Samsung Browser via Android from 172.58.204.103. |
| 06/26/2020 16:43 EDT | Donald Dreisbach (ddreisbach63@gmail.com) viewed the document on Samsung Browser via Android from 172.58.204.103. |
| 06/25/2020 11:30 EDT | Donald Dreisbach (ddreisbach63@gmail.com) was emailed a link to sign. |
| 06/25/2020 11:30 EDT | Charles Laputka (jen@laputkalaw.com) created document 'dso_form_-_donald.pdf' on Internet Explorer via Windows from 151.197.36.32. |