B283 (Form 283) (04/13)

# UNITED STATES BANKRUPTCY COURT

_Eastern_ District Of _PA_

In re _Marie Lynn Dieisbach_    Case No. _15-13594_
_____Debtor_____

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☒ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address: _____
_____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☒ I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

☐ I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

---

*Amounts are subject to adjustment on 4/01/16, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on 06/26/2020
Date

*[signature]*
Debtor

**citrix**
**Right**Signature
**SIGNATURE CERTIFICATE**

**REFERENCE NUMBER**
6619F931-05E0-4E0A-A89F-085C59977EFA

**TRANSACTION DETAILS**

**Reference Number**
6619F931-05E0-4E0A-A89F-085C59977EFA
**Transaction Type**
Signature Request
**Sent At**
06/26/2020 16:53 EDT
**Executed At**
06/26/2020 16:54 EDT
**Identity Method**
email
**Distribution Method**
email
**Signed Checksum**
69644ae303f52dcf1d81ccaf362d009551e28239d0b872b420909b1174dce99d
**Signer Sequencing**
Disabled
**Document Passcode**
Disabled

**DOCUMENT DETAILS**

**Document Name**
Dso Form - Marie
**Filename**
dso_form_-_marie.pdf
**Pages**
2 pages
**Content Type**
application/pdf
**File Size**
62 KB
**Original Checksum**
efef831f3ba57a7d30fd87125f3a8e7d212ffa9b77171d90de2507f28e4e74fa

# SIGNERS

| SIGNER | E-SIGNATURE | EVENTS |
|---|---|---|
| **Name** Marie Dreisbach **Email** ddreisbach63@gmail.com **Components** 2 | **Status** signed **Multi-factor Digital Fingerprint Checksum** 61971041592b5b7abc576f86ed253520cd709a0173a84ef222c66b9456d3000d **IP Address** 172.58.204.103 **Device** Samsung Browser via Android **Drawn Signature** **Signature Reference ID** 0050EBD9 **Signature Biometric Count** 357 | **Viewed At** 06/26/2020 16:54 EDT **Identity Authenticated At** 06/26/2020 16:54 EDT **Signed At** 06/26/2020 16:54 EDT |

# AUDITS

| TIMESTAMP | AUDIT |
|---|---|
| 06/26/2020 16:54 EDT | Marie Dreisbach (ddreisbach63@gmail.com) signed the document on Samsung Browser via Android from 172.58.204.103. |
| 06/26/2020 16:54 EDT | Marie Dreisbach (ddreisbach63@gmail.com) authenticated via email on Samsung Browser via Android from 172.58.204.103. |
| 06/26/2020 16:54 EDT | Marie Dreisbach (ddreisbach63@gmail.com) viewed the document on Samsung Browser via Android from 172.58.204.103. |
| 06/26/2020 16:53 EDT | Marie Dreisbach (ddreisbach63@gmail.com) was emailed a link to sign. |
| 06/26/2020 16:53 EDT | Charles Laputka (jen@laputkalaw.com) created document 'dso_form_-_marie.pdf' on Internet Explorer via Windows from 151.197.36.32. |