Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 15-13594-PMM

DONALD LEROY DREISBACH JR  
MARIE LYNN DREISBACH  
2005 COLUMBIA AVENUE  
WHITEHALL  PA    18052

Petition Filed Date: 05/21/2015  
341 Hearing Date: 08/25/2015  
Confirmation Date: 03/10/2016

Case Status: Completed on 5/27/2020

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2019 | $891.86 | 21700 | 02/28/2019 | $502.00 | 22232 | 03/08/2019 | $501.00 | 22453 |
| 04/03/2019 | $502.00 | 22956 | 05/16/2019 | $502.00 | 23830 | 06/26/2019 | $502.00 | 24604 |
| 07/30/2019 | $502.00 | 25159 | 09/20/2019 | $502.00 | 26154 | 11/05/2019 | $502.00 | 26867 |
| 12/10/2019 | $502.00 | 27519 | 02/14/2020 | $502.00 | 28283 | 02/19/2020 | $502.00 | 28719 |
| 03/09/2020 | $502.00 | 29020 | 04/14/2020 | $502.00 | 29554 | 05/27/2020 | $1,996.42 | 30004 |

**Total Receipts for the Period:  $9,413.28    Amount Refunded to Debtor Since Filing:  $377.44    Total Receipts Since Filing:  $29,063.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | SELECT PORTFOLIO SERVICING INC<br>»» 003 | Mortgage Arrears | $23,642.40 | $23,642.40 | $0.00 |
| 1 | QUANTUM3 GROUP LLC as agent for<br>»» 001 | Unsecured Creditors | $125.02 | $125.02 | $0.00 |
| 2 | QUANTUM3 GROUP LLC as agent for<br>»» 002 | Unsecured Creditors | $1,079.01 | $1,079.01 | $0.00 |
| 4 | CHARLES LAPUTKA ESQ<br>»» 004 | Attorney Fees | $1,310.00 | $1,310.00 | $0.00 |
| 0 | DONALD LEROY DREISBACH JR | Debtor Refunds | $377.44 | $377.44 | $0.00 |

**Chapter 13 Case No. 15-13594-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $29,063.00 | Current Monthly Payment: | $501.26 |
| Paid to Claims: | $26,533.87 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,529.13 | Total Plan Base: | $29,063.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.