**Fill in this Information to identify the case:**

| Debtor 1 | Donald | Leroy | Dreisbach, Jr. |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Marie | Lynn | Dreisbach |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern    District of PA
(State)

Case number: 15-13594-PMM

FILED
NOV - 4 2020
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK

Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $377.44 |
|---|---|
| Claimant's Name: | Donald Leroy Dreisbach, Jr. & Marie Lynn Dreisbach |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 2005 Columbia Ave, Whitehall, PA 18052<br>610/653-5131<br>ddreisbach63@gmail.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

- ☑ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- ☐ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.
- ☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).
- ☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

- ☑ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee

**4. Notice to United States Attorney**

☑ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Eastern District of PA
*[Court enters address here]*
504 W Hamilton Street, # 3701

Allentown, PA 18101

**5. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 10/30/2020

Signature of Applicant

Printed Name of Applicant: Donald Dreisbech Jr

Address: 2005 Columbia Ave, Whitehall PA 18052

Telephone:

Email:

**5. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 10/30/2020

Signature of Co-Applicant (if applicable)

Printed Name of Co-Applicant (if applicable): Marie Dreisbach

Address: 2005 Columbia Ave, Whitehall PA 18052

Telephone: 610 570 4689

Email:

**6. Notarization**
STATE OF PA
COUNTY OF LEHIGH

This Application for Unclaimed Funds, dated Oct 30, 2020 was subscribed and sworn to before me this 30 day of October, 2020 by

DONALD L. DREISBACH

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public Dolores M Breitfeld

My commission expires:

Commonwealth of Pennsylvania - Notary Seal
Dolores M. Breitfeld, Notary Public
Lehigh County
My commission expires April 27, 2024
Commission number 1016684
Member, Pennsylvania Association of Notaries

**6. Notarization**
STATE OF Pennsylvania
COUNTY OF Lehigh

This Application for Unclaimed Funds, dated Oct 30, 2020 was subscribed and sworn to before me this 30 day of October, 2020 by

MARIE DREISBACH

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public Dolores M Breitfeld

My commission expires:

Commonwealth of Pennsylvania - Notary Seal
Dolores M. Breitfeld, Notary Public
Lehigh County
My commission expires April 27, 2024
Commission number 1016684
Member, Pennsylvania Association of Notaries