UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Donald L. and Marie L. Dreisbach, | : | Chapter 13 |
| | : | |
| Debtors | : | Bky. No.  15-13594 PMM |

# O R D E R

**AND NOW**, Debtors Donald and Marie Dreisbach having filed an Application for Payment of Unclaimed Funds (doc. no. 63, "the Motion");

**AND**, the Debtors having alleged an entitlement to a return of chapter 13 plan payments made to the Chapter 13 Trustee prior to the dismissal of this case;

**AND**, it appearing that the Trustee delivered those funds to the Clerk for placement in the court registry as unclaimed funds;

**AND**, there being no requirement that the United States Attorney be served pursuant to 28 U.S.C. §2042;

**AND**, no objection thereto having been filed;

**AND**, the Debtor's entitlement to the refund being apparent from the face of the docket;

It is therefore **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Clerk shall pay the Debtors from the Bankruptcy Court Registry the sum of **$377.44**.

*/Patricia M. Mayer/*

**Date: 11/12/20**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE

cc:  Donald and Marie Dreisbach
2005 Columbia Ave.
Whitehall, PA 18052