United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 15-13594-pmm
Donald Leroy Dreisbach, Jr.  Chapter 13
Marie Lynn Dreisbach
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: Adminstra    Page 1 of 2
Date Rcvd: Nov 12, 2020    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2020:**

**Recip ID**    **Recipient Name and Address**
db/jdb    + Donald Leroy Dreisbach, Jr., Marie Lynn Dreisbach, 2005 Columbia Avenue, Whitehall, PA 18052-4809

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2020      Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2020 at the address(es) listed below:

**Name**    **Email Address**

CHARLES LAPUTKA
     on behalf of Debtor Donald Leroy Dreisbach Jr. claputka@laputkalaw.com, jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com

CHARLES LAPUTKA
     on behalf of Joint Debtor Marie Lynn Dreisbach claputka@laputkalaw.com jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com

JAMES RANDOLPH WOOD
     on behalf of Creditor Whitehall Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com

KEVIN M. BUTTERY
     on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST cdigianantonio@rascrane.com

KEVIN P. CALLAHAN
     on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

| District/off: 0313-4 | User: Adminstra | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 12, 2020 | Form ID: pdf900 | Total Noticed: 1 |

LISA MARIE CIOTTI
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

NATHALIE PAUL
    on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST npaul@weltman.com  pitecf@weltman.com

NATHALIE PAUL
    on behalf of Creditor LSF9 Master Participation Trust  by Caliber Home Loans, Inc., solely in its capacity as servicer npaul@weltman.com, pitecf@weltman.com

REBECCA ANN SOLARZ
    on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bkgroup@kmllawgroup.com

SARAH K. MCCAFFERY
    on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST bankruptcy@powerskirn.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM MILLER*R
    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com  ECF_FRPA@Trustee13.com

TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Donald L. and Marie L. Dreisbach, | : | Chapter 13 |
| | : | |
| Debtors | : | Bky. No. 15-13594 PMM |

# O R D E R

**AND NOW**, Debtors Donald and Marie Dreisbach having filed an Application for Payment of Unclaimed Funds (doc. no. 63, "the Motion");

**AND**, the Debtors having alleged an entitlement to a return of chapter 13 plan payments made to the Chapter 13 Trustee prior to the dismissal of this case;

**AND**, it appearing that the Trustee delivered those funds to the Clerk for placement in the court registry as unclaimed funds;

**AND**, there being no requirement that the United States Attorney be served pursuant to 28 U.S.C. §2042;

**AND**, no objection thereto having been filed;

**AND**, the Debtor's entitlement to the refund being apparent from the face of the docket;

It is therefore **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Clerk shall pay the Debtors from the Bankruptcy Court Registry the sum of **$377.44**.

**Date: 11/12/20**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE

cc: Donald and Marie Dreisbach
2005 Columbia Ave.
Whitehall, PA 18052